Adam C. Smedstad (SBN 303591)
asmedstad@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
3214 W. McGraw Street, Suite 301F
Seattle, WA 98199
P: 206-288-6192
F: 206-299-9375

Rebecca R. Brown (SBN 315338)
rbrown@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
P: 626-795-4700
F: 626-795-4790

Attorneys for Defendant,
CRST EXPEDITED, INC.

# UNITED STATE DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN JENSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 21-cv-07741-YGR<br><br>**DEFENDANT CRST EXPEDITED, INC.'S AMENDED NOTICE OF MOTION TO DISMISS UNDER FIRST-TO-FILE RULE**<br><br>Hearing Date: November 23, 2021<br>Time: 2:00 p.m.<br>Courtroom: 1, Fourth Floor<br>Judge: Yvonne Gonzalez Rogers |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on November 23, 2021, at 2:00 p.m., or as soon thereafter as this matter may be heard by this Court located at the Oakland Federal District Courthouse, 1301 Clay Street, Oakland, California, 94612, in Courtroom 1 on the Fourth Floor, Defendant, CRST Expedited, Inc. (CRST), will move this Court to dismiss the Class Action Complaint filed by Plaintiff, Michael Allen Jensen, pursuant to the first-to-file rule and Federal Rules of Civil Procedure 12(b)(6) and 12(b)(3).[1] As explained more fully in the Memorandum of Points and Authorities accompanying CRST's original Notice of Motion (ECF No. 11), CRST is defending itself against nearly identical claims brought on behalf of nearly identical putative classes as those brought in this case in *Huckaby v. CRST Expedited, Inc.*, 21-CV-07766-ODW-PD (C.D. Cal.) ("*Huckaby*"). Plaintiffs in both actions allege CRST failed to pay minimum wage under the California Labor Code, failed to reimburse the putative class for business expenses, failed to provide itemized waged statements under the California Labor Code, and failed to timely pay wages. Both *Huckaby* and *Jensen* seek to pursue class certification under Rule 23 for any California resident employee who drove for CRST. To promote judicial efficiency and avoid the risk of inconsistent rulings, wasted time, energy, and resources, CRST requests that this Court apply the first-to-file rule to dismiss this case.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities accompanying CRST's original Notice of Motion (ECF No. 11), the exhibit thereto, the papers on file in this case, any oral argument that may be heard by the Court,

---

[1] CRST originally filed its Motion to Dismiss on October 11, 2021, with notice that the Motion was to be heard before the previously assigned Judge, Honorable Jon. S. Tigar, on November 18, 2021 at 2:00 p.m. ECF No. 11. On October 13, 2021, this Court entered an order finding that this matter is related to *Castro v. Gardner Trucking, Inc.*, No. 20-cv-05473-YGR, pursuant to Civil L.R. 3-12. ECF No. 12. The order additionally instructed the Parties to re-notice any pending motions before the newly assigned Judge, Honorable Yvonne Gonzalez Rogers. *Id.* CRST is submitting this Amended Notice of Motion in accordance with that order.

and any other matters that the Court deems appropriate.

Dated: October 14, 2021                Respectfully submitted,

                                       /s/  Adam C. Smedstad

                                       Attorney for Defendant,
                                       CRST Expedited, Inc.

4839-0217-6767,